```
1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
3   Counsel Designated for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Seeking Appointment as Attorney for Defendant
6   CHARLES DEMARIO JOHNSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 07-483 LKK |
| ) | |
| Plaintiff, ) | **REQUEST FOR APPOINTMENT OF** |
| ) | **COUNSEL; ORDER** |
| v. ) | |
| ) | **RETROACTIVE CRACK COCAINE** |
| CHARLES DEMARIO JOHNSON, ) | **REDUCTION CASE** |
| ) | |
| Defendant. ) | |
| ) | Judge: Hon. LAWRENCE K. KARLTON |
| _____ ) | |

Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, CHARLES DEMARIO JOHNSON, hereby requests the Court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his motion to reduce sentence, filed August 8, 2011.* Mr. Porter is familiar with the case and is willing to accept the appointment.

Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion. Because Mr. Johnson's substantial rights may be affected by

---

* The pro se motion was filed on a form invoking 28 U.S.C. § 2255 but the relief Mr. Johnson seeks is clearly governed by 18 U.S.C. § 3582(c)(2).

these criminal proceedings, he is constitutionally entitled to appointment of counsel. *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Accordingly, Mr. Johnson requests the Court issue the order lodged herewith.

Dated:   October 6, 2011

                Respectfully submitted,

                DANIEL J. BRODERICK
                Federal Defender

                  /s/ *David M. Porter*
                DAVID M. PORTER
                Assistant Federal Defender

                Seeking Appointment as Attorney for Movant
                CHARLES DEMARIO JOHNSON

**O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

DATED: October 7, 2011

                /s/ Lawrence K. Karlton
                LAWRENCE K. KARLTON
                SENIOR JUDGE
                UNITED STATES DISTRICT COURT