DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONNIE JAMES WILLIAMS, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONNIE JAMES WILLIAMS, Jr.,<br><br>Defendant. | No. Cr. S 07-483 LKK<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**<u>RETROACTIVE CRACK COCAINE REDUCTION CASE</u>**<br><br>Judge: Hon. LAWRENCE K. KARLTON |

Defendant, RONNIE JAMES WILLIAMS, Jr., by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Russell L. Carlberg, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. The sentencing range applicable to Mr. Williams was subsequently lowered by the United States Sentencing Commission in Amendment 750;

3. Accordingly, Mr. Williams's adjusted offense level has been reduced, and the parties agree that an appropriate sentence within the new guideline range based on the factors listed in 18 U.S.C. § 3553(a), is 135 months;

4. Accordingly, the parties request the court to enter the order lodged herewith reducing Mr. Williams's term of imprisonment to an aggregate term of 135 months;

5. Mr. Williams agrees to the dismissal of his *pro se* motion to reduce sentence filed November 4, 2011 (CR #198), and further agrees as part of this stipulation not to file any further motions, appeals or collateral attacks for reduction of sentence.

Dated: December 15, 2011

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| */s/ Russell L. Carlberg*<br>RUSSELL L. CARLBERG<br>Assistant U.S. Attorney | */s/ David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>RONNIE JAMES WILLIAMS, Jr. |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On November 17, 2008, this Court sentenced Mr. Williams to a term of imprisonment of 151 months. The parties agree, and the Court finds, that Mr. Williams is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level.

IT IS HEREBY ORDERED that the term of imprisonment originally

imposed is reduced to an aggregate term of 135 months, and that the *pro se* motion to reduce sentence filed November 4, 2011 (CR #198) is DISMISSED;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Williams shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

Dated: December 19, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT