Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 189945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Travis Davis,<br><br>　　　　Defendant. | Case No.: CR.S. 07-483 LKK<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Court: Hon. Judge Lawrence K. Karlton<br>Time: 9:15 a.m.<br>Date: April 10, 2012 |

　　　Defendant Travis Davis was sentenced to a term of 180 months imprisonment. The matter has been remanded to the District Court for re-sentencing in accordance with the changes in the mandatory minimum sentences for crack cocaine. Mr. Davis's ten year mandatory minimum is now a five year mandatory minimum. The probation office has a provided a new draft report that the defense will be responding to. The parties request the following schedule:

　　　　　March 13, 2012　　　Informal Objections

　　　　　March 20, 2012　　　Disclosure of Pre-sentence Report

　　　　　April 3, 2012　　　　Sentencing Memorandum

　　　　　April 10 2012　　　　Judgment & Sentencing

-1-

The parties request that the previously scheduled date for judgment and sentencing of March 6, 2012 be continued to April 10, 2012 and that date is available with the Court.

Dated: February 14, 2012        Respectfully submitted,


              __/s/ Shari Rusk___
              Shari Rusk
              Attorney for Defendant
              Travis Davis


               /s/ Russell Carlberg
              Russell Carlberg
              Assistant United States Attorney


**ORDER**


   IT IS SO ORDERED. Judgment and Sentencing in this matter is continued to April 10, 2012.

DATED: February 16, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT