```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARLES DEMARIO JOHNSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CHARLES DEMARIO JOHNSON,<br><br>        Defendant.<br>_____ | No. Cr. S 07-483 LKK<br><br>**REQUEST TO VOLUNTARILY WITHDRAW MOTION TO VACATE SENTENCE; ORDER**<br><br><br><br><br>Judge: Hon. LAWRENCE K. KARLTON |

     Pursuant to Rule 47, Federal Rules of Criminal Procedure, defendant, Defendant, CHARLES DEMARIO JOHNSON, by and through his attorney, Assistant Federal Defender David M. Porter, voluntarily withdraws his motion to vacate his sentence pursuant to 28 U.S.C.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

§ 2255 filed August 8, 2011.

Dated: June 7, 2012

            Respectfully submitted,

            DANIEL J. BRODERICK
            Federal Defender


            /s/ *David M. Porter*
            DAVID M. PORTER
            Assistant Federal Defender

            Attorney for Movant
            CHARLES DEMARIO JOHNSON


  I knowingly and voluntarily withdraw the motion to vacate my sentence pursuant to 28 U.S.C. § 2255, filed August 8, 2011.

Dated: June 25, 2012

            /s/ *Charles Demario Johnson*
            CHARLES DEMARIO JOHNSON
            Movant

**ORDER**

  Pursuant to the request filed by Mr. Johnson, and good cause appearing therefor, the motion to vacate sentence pursuant to 28 U.S.C. § 2255 filed August 8, 2011 is hereby **DISMISSED**.

Dated: July 11, 2012

            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT