UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-07-483 LKK

    Plaintiff,

  v.                         O R D E R

DARENCE LAMONT JORDAN,

    Defendant.
_____/

    Defendant's motion to dismiss the indictment, filed April 5, 2013, is DENIED as frivolous.

    IT IS SO ORDERED.

    DATED: April 10, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1